UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
JUAN RADHAMES MALDONADO JIMENEZ,

                            Plaintiff,

  – against –

TRANS UNION, LLC, and LVNV Funding LLC,

                           Defendants.
-------------------------------------------------------------------------x

**ORDER**

No. 24-CV-6466 (CS)

Seibel, J.

    For the reasons set forth on the record today, and on consent of the parties, it is hereby ORDERED that this case be transferred forthwith to the United States District Court for the District of New Jersey. The waiting period of Local Rule 83.1 shall not apply.

**SO ORDERED.**

Dated: November 26, 2024
       White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.